UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 29739
BETTY S MISKOWSKI
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
     SSN XXX-XX-2951


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 08/11/04 and confirmed on 11/19/04.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $  15075.00 .

     4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OXFORD BANK & TRUST | CURRENT MORTG | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 7200.00 | 847.80 | 7200.00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CONGDON FUNERAL HOME | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 345.66 | .00 | 124.73 |
| FORD MOTOR CREDIT CORP | UNSECURED | 4375.92 | .00 | 1578.97 |
| GREEN TREE | FILED LATE | .00 | .00 | .00 |
| KMART | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE VOICE STREAM | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| US BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 5246.46 | .00 | 1893.09 |
| WARREN CEMETERY & MAUSOL | UNSECURED | 1195.14 | .00 | 431.24 |
| TRIAD FINANCIAL CORP | UNSECURED | 671.04 | .00 | 242.13 |

                Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7200.00 | .00 | 11834.22 | .00 | 19034.22 |
| PRINCIPAL PAID | 7200.00 | .00 | 4270.16 | .00 | 11470.16 |
| INTEREST PAID | 847.80 | .00 | .00 | .00 | 847.80 |
| TOTAL PAID | 8047.80 | .00 | 4270.16 | .00 | 12317.96 |

The Debtor's attorney, GARY N FOLEY                    , was allowed $   2700.00
and was paid $    906.00  direct and $   1794.00  through the plan.

The Trustee received $    628.04 .

Refunds to the Debtor totaled $     335.00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


Dated: 09/09/08                        /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE


                                  PAGE   2
        CASE NO. 04 B 29739 BETTY S MISKOWSKI